IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANCHOR SAVINGS BANK FSB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 95-39C<br>(Judge Block) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
AND FOR EXPEDITED CONSIDERATION**

Pursuant to United States Court of Federal Claims Rule 6.1, Plaintiff Anchor Savings Bank, F.S.B. ("Anchor") respectfully requests a 30-day extension, until October 7, 2010, to submit its Reply in Support of Plaintiff's Motion for Award of Tax Gross-Up, which currently is due on September 7, 2010. In support of its Motion, Anchor states as follows:

1. Anchor filed its request for a tax gross-up on June 11, 2010. The government had six weeks to respond, such that its response brief was due on July 23. After filing a motion for an enlargement of time, the Court granted the government an extension until August 27, 2010 to file its response. See Order, dated August 11, 2010.

2. On August 27, the government filed an 11-page response to Anchor's motion, plus a 36-page Expert Report accompanied by eight exhibits and two binders of supporting documentation. In light of the time it will take Anchor to digest and respond to the voluminous materials the government submitted, Anchor requests a maximum of 30 additional days to file its Reply brief.

3.      This is the first extension Anchor has sought with respect to this Reply brief.  We have conferred with counsel for Defendant United States, and he consents to the requested 30-day extension.

WHEREFORE, Anchor respectfully requests that the Court consider this Motion on an expedited basis, and enlarge the time for the for Anchor to submit its Reply in Support of Plaintiff's Motion for Award of Tax Gross-Up from September 7, 2010 to October 7, 2010.

Dated: September 1, 2010                                    Respectfully submitted,

/s/_____
Edwin L. Fountain
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
(202) 879-3939 (phone)
(202) 626-1700 (fax)

*Counsel of Record for Plaintiff*
*Anchor Savings Bank, F.S.B.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of September, 2010, I caused to be served via electronic filing a copy of the foregoing "Unopposed Motion For An Enlargement of Time and For Expedited Consideration" on the following:

> Jacob A. Schunk
> Commercial Litigation Branch
> Civil Division, Department of Justice
> Attn: Classification Unit
> 1100 L Street, NW
> Washington, DC 20530
>
> *Counsel of Record for Defendant*

/s/_____
Edwin L. Fountain