## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANCHOR SAVINGS BANK FSB,            )<br>                                                                )<br>                    Plaintiff,                     )<br>                                                                )<br>          v.                                               )<br>                                                                )<br> THE UNITED STATES,                        )<br>                                                                )<br>                    Defendant.                  )<br>_____) | No. 95-39C<br>(Judge Block) |

### PLAINTIFF'S NOTICE OF SUBMISSION

Plaintiff Anchor Savings Bank respectfully provides notice to the Court that the three motions currently pending on remand of this matter from the Court of Appeals for the Federal Circuit have been fully briefed and are ripe for resolution by the Court.  The pending motions are:

- ♦  Plaintiff's Motion on Remand for Correction of Award of Mitigation Damages, filed June 11, 2010 (Dkt #320), followed by Defendant's opposition (Dkt #325) and Plaintiff's reply (Dkt #327);

- ♦  Plaintiff's Rule 60(b) Motion for Award of a Tax Gross-Up, filed June 11, 2010 (Dkt #321), followed by Defendant's opposition (Dkt #332) and Plaintiff's reply (Dkt #338); and

- ♦  Defendant's Motion to Dismiss, filed August 2, 2010 (Dkt #329), followed by Plaintiff's opposition (Dkt #335), Defendant's reply (Dkt #337), Plaintiff's sur-reply (Dkt #339-1), and Defendant's response to Plaintiff's sur-reply (Dkt #340).

Plaintiff is available for a hearing at the Court's convenience, should the Court believe that a hearing would be of assistance to it in resolving the pending motions.

- 2 -

| | |
|---|---|
| Dated:  January 7, 2011 | Respectfully submitted, |
| <u>Of Counsel:</u><br>George T. Manning<br>Adrian Wager-Zito<br>Debra S. Clayman |   <u>/s/ Edwin L. Fountain</u><br>Edwin L. Fountain<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC  20001<br>(202) 879-3939 (phone)<br>(202) 626-1700 (fax)<br>elfountain@jonesday.com<br><br>*Counsel of Record for plaintiff*<br>*Anchor Savings Bank* |

- 3 -

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of January, 2011, I caused the foregoing PLAINTIFF'S NOTICE OF SUBMISSION to be filed pursuant to the Court's electronic filing system.


_____/s/ Edwin L. Fountain_____