# United States Court of Federal Claims

January 7, 2011
No. 95-39C

---

**ANCHOR SAVINGS BANK, FSB,**

    *Plaintiff*,

v.

**UNITED STATES OF AMERICA,**

    *Defendant*.

---

## ORDER

The court is in receipt of plaintiff's "Notice of Submission," filed this date, in which plaintiff states that the following three motions "have been fully briefed and are ripe for resolution" by the court: (1) plaintiff's motion for correction of award of mitigation damages; (2) plaintiff's motion for award of a tax gross-up, pursuant to Rule 60(b) of the Rules of the United States Court of Federal Claims ("RCFC"); and (3) defendant's motion to dismiss this matter for lack of jurisdiction, pursuant RCFC 12(b)(1). The court notes that a fourth motion, defendant's motion to dismiss plaintiff's bill of costs, is also pending before the court.

In light of defendant's RCFC 12(b)(1) motion to dismiss, it is ORDERED that ALL OTHER PENDING MOTIONS, though fully briefed, are not ripe for resolution and ARE hereby STAYED. The court will schedule oral argument on defendant's RCFC 12(b)(1) motion to dismiss in the near future.

s/ *Lawrence J. Block*
Lawrence J. Block
Judge